IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| DELORIS BRADFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 5:11-cv-00154-TBR |
| v. | ) |
| | ) JURY DEMAND |
| SWIFT & STALEY MECHANICAL | ) |
| CONTRACTORS, INC. | ) |
| | ) |
| Defendant. | ) |

## AGREED ORDER OF DISMISSAL

COMES NOW the Plaintiff, Deloris Bradford, and Defendant, Swift & Staley Mechanical Contractors, Inc., by and through their undersigned counsel, and file their Agreed Order of Dismissal. The parties hereby dismiss this matter with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| s/ D. Wes Sullenger | s/ David L. Kelly |
| D. Wes Sullenger, KY BAR # 91861 | David L. Kelly, Esq. |
| TN BPR # 021714 | |
| | |
| Sullenger Law Office, PLLC | Denton & Keuler, LLP |
| 2320 Broadway, Suite 407 | P.O. Box 929 |
| Paducah, KY 42001 | Paducah, KY 42002-0929 |
| Voice: (270) 443-9401 | |
| Fax: (270) 443-3624 | |
| | |
| wes@sullengerfirm.com | |
| | |
| *Attorney for the Plaintiff,* | *Attorney for the Defendant,* |
| *Dolores Bradford* | *Swift & Staley Mechanical Contractors, Inc.* |